14 So.2d 367
### STATE v. Simon NEUSS.
I Div. 194.

Supreme Court of Alabama.
June 24, 1943.

Wm. N. McQueen, Acting Atty. Gen., and John O. Harris and W. W. Callahan, Asst. Attys. Gen., for the State.

Outlaw, Seale & Kilborn, of Mobile, for appellee.

FOSTER, Justice.

Reversed and remanded on authority of State v. Friedkin, ante, p. 494, 14 So.2d 363, this day decided.

GARDNER, C. J., and BOULDIN and LIVINGSTON, JJ., concur.